```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GINUTIS SIPAS, et al.,              :

            Plaintiffs,              :    05 Civ. 10319 (PAC)

      - against -                    :    ORDER

SAMMY'S FISHBOX, INC, et al.,        :

            Defendants.              :
------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007

HONORABLE PAUL A. CROTTY, United States District Judge:

In advance of the Fairness Hearing scheduled for July 30, 2007, the parties are directed to submit memoranda to the Court addressing the following issues:

1) Explain how the parties have complied with the Court's order regarding notice.

2) Explain what, if any, objections to the proposed settlement have been received, and how the parties respond to those objections.

3) Explain how the parties agreed to the settlement amount.

4) Explain how the parties settled on specific amounts to be paid to class representatives and why those amounts differ from the class.

5) Explain how the parties settled on the figure for attorneys' fees.

6) Explain how the settlement satisfies each of the Grinnell factors, 495 F.2d 448 (2d Cir. 1974).

1

The parties are directed to file their memorandum of law on ECF <u>and</u> hand-deliver a courtesy copy to Chambers, no later than 5:00 p.m. July 27, 2007.

Dated: New York, New York
       July 25, 2007

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge